MAX BOTTSTEIN, Respondent, *v.* SIDNEY F. MILLER et al., Appellants.

(Argued June 10, 1930; decided July 8, 1930.)

*Walter D. Wile, Maxwell Steinhardt* and *Frederick W. Frost* for appellants.

*Frank W. Holmes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.